NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN HARVEY TAYLOR, III,                )
DOC #Y32333,                            )
                                        )
   Appellant,            )
                                        )
v.                                      )  Case No. 2D18-980
                                        )
STATE OF FLORIDA,                       )
                                        )
   Appellee.             )
                                        )
_____ )

Opinion filed March 29, 2019.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


   Affirmed.


CASANUEVA, MORRIS, and BLACK, JJ., Concur.